UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA   )   CRIMINAL NO.  3:08-1185
   )
v.   )
   )
**SHARNAE T. WASHINGTON**   )   <u>ORDER</u>

And now, this 21st day of June, 2010, the within Motion is granted, and it is hereby ordered and decreed that Information Number 3:08-1185 against the defendant, **SHARNAE T. WASHINGTON**, be and the same is hereby dismissed without prejudice.

ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

June 21, 2010 , South Carolina